# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GILBERT MAROSI, | Case No.: 13-CV-05198-LHK |
| Plaintiff, | |
| v. | ORDER RE: RECUSAL |
| CONRAD RUSHING, et al., | |
| Defendants. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: February 24, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05198-LHK
ORDER RE: RECUSAL