IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GILBERT MAROSI,

        Plaintiff,

  v.

CONRAD RUSHING, et al.,

        Defendants.

No. C 13-5198 RS

**ORDER**

This *pro se* action was terminated when a judgment issued against plaintiff Gilbert Marosi on March 13, 2014. (ECF No. 16). On March 25, Marosi filed a document (ECF No. 17) requesting the court vacate the prior order dismissing his case. (ECF No. 15). Marosi's filing also asserts new "claims" against members of this court, including the undersigned judge. To the extent Marosi requests reconsideration of the prior order, such request is denied. *See* Civil L.R. 7-9. This case is already closed. If Marosi wishes to pursue new claims, this matter is not the proper vehicle.

Marosi is hereby advised that no further action will be taken on any future filings in this matter. Any new motions filed with this court in this particular case will be terminated without further written order. This does not, however, preclude Marosi from filing a notice of appeal.

The clerk is directed to terminate ECF No. 17.

1 IT IS SO ORDERED.

2 Dated: 4/2/14



RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE